IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.21-22062 |
| | : | Chapter 7 |
| ASHLEY FRANCES MCCAULEY, | | |
| Debtor, | : | |
| | : | |
| ASHLEY FRANCES McCAULEY, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | | : |
| NO RESPONDENT, | | |
| Respondent. | : | |

NOTICE OF CHANGE OF ADDRESS OF DEBTOR

Debtor: Ashley Frances McCauley:

Old Address: 336 Charles Street, Turtle Creek, PA 15145

Corrected Address:

    New/Current/Address: 1639 Alverado Avenue, Pittsburgh, PA 15236

Dated: 11/16/2021

        Electronic Signature of Debtor(s)' Attorney
        s/Joseph P. Nigro, Esquire

        Joseph P. Nigro, Esquire
        Typed Name

        1330 Old Freeport Road, Suite 3BF
        Pittsburgh, PA 15238
        Address

        412-471-8118
        Phone No.

        47810 P.A.
        Bar I.D. and State of Admission

        nigroassociateslaw@gmail.com