Certificate Number: 17572-PAW-DE-036145323

Bankruptcy Case Number: 21-22062



17572-PAW-DE-036145323

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 16, 2021, at 11:32 o'clock PM PST, Ashley F McCauley completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  November 16, 2021           By:   /s/Kelly Faulks

                                    Name: Kelly Faulks

                                    Title: Counselor