# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ashley Frances McCauley aka Ashley McCauley-Peterman aka Ashley Peterman<br>　　　　　　　　　　　Debtor(s) | |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., | BK. NO. 21-22062 GLT<br><br>CHAPTER 7 |
| 　　　　　　　　　　　Movant<br>　　　　　　v.<br>Ashley Frances McCauley aka Ashley McCauley-Peterman aka Ashley Peterman<br>　　　　　　　　　　　Respondent(s)<br>　　　　　　　and<br>Rosemary C. Crawford, Trustee<br>　　　　　　　　　　　Additional Respondent | |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　　　AND NOW, this　　day of　　　　　, 2022, at Pittsburgh, upon Motion of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., it is

　　　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 336 Charles Street, Turtle Creek, PA 15145 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge