**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ashley Frances McCauley aka Ashley McCauley-Peterman aka Ashley Peterman<br>Debtor(s) | BK. NO. 21-22062 GLT<br><br>CHAPTER 7 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.,<br>Movant<br>v.<br>Ashley Frances McCauley aka Ashley McCauley-Peterman aka Ashley Peterman<br>Respondent(s)<br>and<br>Rosemary C. Crawford, Trustee<br>Additional Respondent | |

**DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

       This _____ day of _____, 2021, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

       **ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 336 Charles Street, Turtle Creek, PA 15145.

       Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

                                                                           United States Bankruptcy Judge

Brian C. Nicholas, Esquire
bnicholas@kmllawgroup.com
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
Attorney for Movant/Applicant