**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Ashley Frances McCauley aka Ashley McCauley-Peterman aka Ashley Peterman**<br>                              **Debtor(s)** | **BK NO. 21-22062 GLT** |
| | **Chapter 7** |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>                              **Movant**<br>                     **vs.** | **Related to Document No.** |
| | **Hearing Date: 1/20/2022** |
| **Ashley Frances McCauley aka Ashley McCauley-Peterman aka Ashley Peterman**<br>                              **Respondent** | **Hearing Time: 1:30 P.M.** |
| | **Objection Deadline: 1/1/2022** |
| **Rosemary C. Crawford**, (**Trustee**)<br>                              **Additional Respondent** | |

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 16, 2021, I served the above captioned pleading, along with the Motion filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Ashley Frances McCauley aka Ashley McCauley-Peterman aka Ashley Peterman
PO Box 694
Monroeville, PA 15146

Attorney for Debtor(s)
JOSEPH PETER NIGRO, ESQUIRE
Nigro & Associates, LLC
Fox Chapel Office Center, Suite 3BF
Pittsburgh, PA 15238

Method of Service:  electronic means or first class mail

Dated: December 16, 2021

                                                                                                            **/s/ Brian C. Nicholas, Esquire**
                                                                                                            Brian C. Nicholas, Esquire
                                                                                                            Attorney I.D. No. 317240
                                                                                                            KML Law Group, P.C.
                                                                                                            BNY Mellon Independence Center
                                                                                                            701 Market Street, Suite 5000
                                                                                                            Philadelphia, PA 19106
                                                                                                            215-627-1322
                                                                                                            bnicholas@kmllawgroup.com