# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ashley Frances McCauley aka Ashley McCauley-Peterman aka Ashley Peterman<br><div align="right">Debtor(s)</div> | **BK NO. 21-22062 GLT** |
| | **Chapter 7** |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br><div align="right">Movant</div> | **Related to Document No.** |
| <div align="right">vs.</div> | **Hearing Date: 1/20/2022** |
| Ashley Frances McCauley aka Ashley McCauley-Peterman aka Ashley Peterman<br><div align="right">Respondent</div> | **Hearing Time: 1:30 P.M.** |
| | **Objection Deadline: 1/1/2022** |
| Rosemary C. Crawford, (Trustee)<br><div align="right">Additional Respondent</div> | |

## CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 16, 2021</u>, I served the above captioned pleading, along with the Motion filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Ashley Frances McCauley aka Ashley McCauley-Peterman aka Ashley Peterman
PO Box 694
Monroeville, PA 15146

<u>Attorney for Debtor(s)</u>
JOSEPH PETER NIGRO, ESQUIRE
Nigro & Associates, LLC
Fox Chapel Office Center, Suite 3BF
Pittsburgh, PA 15238

Method of Service:  electronic means or first class mail

Dated: <u>December 16, 2021</u>

<div align="right">

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
bnicholas@kmllawgroup.com
</div>